461 A.2d 593

COMMONWEALTH of Pennsylvania, Appellant,

v.

Timothy WILLIAMS.

Supreme Court of Pennsylvania.

Argued March 8, 1983.

Decided March 22, 1983.

Reargument Denied Sept. 30, 1983.

Robert L. Eberhardt, Deputy Dist. Atty., Dara DeCourcy, Asst. Dist. Atty., Pittsburgh, for appellant.

Vincent R. Baginski (Court-appointed), Pittsburgh, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.